IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:09cr199-MHT |
| RANDY ALLEN EUTSEY | ) | |

## JUDGMENT

Defendant Randy Allen Eutsey having waived his right to a hearing and having agreed to a modification of his conditions of probation, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The government and defendant Randy Allen Eutsey's request for modification of defendant Eutsey's conditions of supervision, made in open court on January 23, 2012, is granted.

(2) Defendant Eutsey's conditions of probation are modified to add the following:

    (A) Defendant Eutsey's probation is extended to
        May 31, 2013.

(B) On or before February 1, 2012, and on the first Wednesday of each month after that, defendant Eutsey is to pay $ 75.00 toward the $ 1,000.00 he owes in child support. On or before February 8, 2012, and on the second Wednesday of each month after that, defendant Eutsey is to furnish to his probation officer documentation that each monthly child-support payment has been made. Within a week from when defendant Eutsey should have paid in full the $ 1,000.00 due, the Probation Department is to file with the court a statement indicating whether or not the $ 1,000.00 has been paid in full.

(C) Beginning Wednesday, January 25, until he completes the weekly program, defendant Eutsey is to participate and complete the Safety and Accountability for Everyone program. At the end of the period in which

defendant Eutsey should have completed the program, the Probation Department is to file a report with the court indicating whether or not defendant Eutsey has successfully completed the program.

DONE, this the 24th day of January, 2012.

                        /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE